**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**ABC IP, LLC, a Delaware limited liability company,**

**RARE BREED TRIGGERS, INC., a Texas corporation,**

**Plaintiffs,**

**vs.**

**Mercier and Sons, LLC, a Florida Limited Liability Company,**

**Wayne Mercier, an individual, doing business as 144.1 Recoil Systems,**

**and**

**Samantha Mercier, an individual,**

**Defendants.**

**Case No. 4:26-CV-01030-ALM**

**JURY TRIAL DEMANDED**

## NOTICE OF ATTORNEY APPEARANCE

Defendants Mercier and Sons, LLC, Wayne Mercier, and Samantha Mercier file this Notice of Appearance, and hereby notify the Court that John Tyler Boyce, of the law firm King & Spalding, LLP, 1100 Louisiana, Suite 4100, Houston, TX 77002, email: tboyce@kslaw.com has entered his appearance in this action as counsel for Defendants. In connection with this notice, Mr. Boyce requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information.

John Tyler Boyce
State Bar No. 24127214
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100

Houston, TX 77002
Telephone: (713) 276-7324
Facsimile: (713) 751-3290
Email: tboyce@kslaw.com

Mr. Boyce respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: October 3, 2026

Respectfully submitted,

/s/ *John Tyler Boyce*
John Tyler Boyce
State Bar No. 24127214
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 276-7324
Facsimile: (713) 751-3290
Email: tboyce@kslaw.com

***ATTORNEY FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on October 3, 2026, which provided notification of same on all counsel who are deemed to have consented to electronic service.

/s/ *John Tyler Boyce*
John Tyler Boyce