**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERCIER AND SONS LLC *et al.*,<br><br>Defendants. | Civil Action No. 4:26-cv-01030-ALM |

**UNOPPOSED MOTION TO WITHDRAW**

Attorneys John M. Skeriotis and Sergey Vernyuk of Emerson, Thomson & Bennett, LLC ("ETB") respectfully move to withdraw as counsel for Mercier and Sons, LLC, 144.1 Recoil Systems, Wayne Mercier, an individual, and Samantha Mercier, an individual (collectively, "Defendants") under Local Rule CV-11(c). In support, the undersigned states as follows:

1. ETB has represented Defendants in this multidistrict litigation and in the member case, *ABC IP, LLC, et al. v. Mercier and Sons, LLC et al.*, Civil Action No. 4:26-cv-01030-ALM.

2. Defendants have retained J. Tyler Boyce of King & Spalding LLP to represent them going forward, and Mr. Boyce has entered his appearance (Dkt. #19).

3. Defendants request and consent to the withdrawal of ETB and to the substitution of King & Spalding LLP as their counsel.

4. The requested withdrawal and substitution will not prejudice any party or delay these proceedings.

For these reasons, the undersigned respectfully requests that the Court grant this motion and permit John M. Skeriotis and Sergey Vernyuk of ETB to withdraw as counsel of record for Defendants.

Dated: November 2, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Withdrawing Counsel for Defendants*
*Mercier and Sons, LLC et al.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet-and-confer requirement in Local Rule CV-7(h). On October 26, 2026, I conferred with Bret Winterle, counsel for Plaintiffs ABC IP, LLC, *et al.*, who confirmed that Plaintiffs do not oppose the relief requested in this motion. The motion is therefore unopposed.

*/s/ John M. Skeriotis*
John M. Skeriotis