**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: RARE BREED TRIGGERS PATENT LITIGATION

4:26-md-03176-ALM
MDL 3176

ABC IP, LLC, et al.,

Plaintiffs,

v.

MERCIER AND SONS LLC *et al.*,

Defendants.

Civil Action No. 4:26-cv-01030-ALM

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is the Unopposed Motion to Withdraw (Dkt. #23) filed by counsel for Defendants Mercier and Sons, LLC, 144.1 Recoil Systems, Wayne Mercier, and Samantha Mercier. Having considered the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that John M. Skeriotis and Sergey Vernyuk of Emerson, Thomson & Bennett, LLC are WITHDRAWN as counsel of record for Defendants Mercier and Sons, LLC, 144.1 Recoil Systems, Wayne Mercier, an individual, and Samantha Mercier, an individual. The Clerk is directed to terminate electronic notice to withdrawing counsel as to these Defendants only.

**IT IS SO ORDERED.**

**SIGNED this 16th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE