# EXHIBIT K-3

## ’538 Patent Claim 1 re Super Safety

<table>
<tr><th>’538 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td>1. A safety mechanism for a firearm comprising:</td><td>
Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.

Based upon present information and belief, Plaintiffs presently contend the Accused Products include a safety mechanism for a firearm.

The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation.



Super Safety Guide at Cover.

The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.”
</td></tr>
</table>

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| | **1 INTRODUCTION**<br><br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow operator to fire again, quickly, and efficiently.<br><br>The Super Safety has been designed to operate with AR-15 pattern firearms that use bolt carrier and fire control group.<br><br>Two versions of the cam are included, the single mode cam and the dual mode cam. mode cam has two positions, safe and active reset. The dual mode cam has three p safe, active reset, and passive reset. Each has its own advantages, which will be exp<br><br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Opti manufactured from a wear resistant steel.<br><br>This document contains the information needed to manufacture the Super Safety, as understand it’s function.<br><br>Super Safety Guide at 1.<br><br>The Accused Products are part of a forced reset trigger mechanism installed into a firearm receiver in place of a standard safety.<br><br><br>Super Safety Guide at 12.<br><br> |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| a cam selector; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector.<br><br>The Accused Products include a cam selector that allows for selection of safe, active reset, and passive reset modes, as shown below.<br><br><br>Super Safety Guide at 1.<br><br><br> |
| a lever; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a lever.<br><br>The Accused Products have a lever **(Pink)** extending upward from the cam selector, as shown below.<br><br> |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| a trigger; | Based upon present information and belief, Plaintiffs presently contend the Accused Products, when assembled and used as directed, are configured for use with a trigger.<br><br>The Accused Products include a cam selector **(Yellow)** that is configured for use with a trigger **(Brown)**, as shown below.<br>1.<br> |
| the cam selector comprising a first end, a second end, a top side, and a bottom side; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector comprising a first end, a second end, a top side, and a bottom side.<br><br>The Accused Products include a cam selector **(Yellow)** that has a first end, a second end, a top side, and a bottom side as shown below.<br><br> |
| the cam selector comprising a longitudinal slot positioned on the top side of the cam selector; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector comprising a longitudinal slot positioned on the top side of the cam selector.<br><br>The Accused Products include a cam selector **(Yellow)** that comprises a longitudinal slot that is positioned on the top side of the cam selector and extends along the cam selector, as shown below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| the lever comprising a proximal end and a distal end; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a lever comprising a proximal end and a distal end.<br><br>The Accused Products include a lever **(Pink)** which comprises a proximal end and a distal end, as shown below.<br><br> |
| the longitudinal slot being configured to receive the proximal end of the lever; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector with a longitudinal slot that is configured to receive the proximal end of the lever.<br><br>The Accused Products include a cam selector **(Yellow)** with a longitudinal slot, as discussed above. The longitudinal slot is configured to receive the proximal end of the lever, as shown below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |     |
| the cam selector further comprising a first recess and a second recess on the bottom side of the cam selector; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector further comprising a first recess and a second recess on the bottom side of the cam selector.<br><br>The Accused Products include a cam selector **(Yellow)** that has a first recess and a second recess on the bottom side of the cam selector, as shown below.   |
| the trigger comprising a first trigger tail portion; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a trigger comprising a first trigger tail portion.<br><br>The Accused Products include, and are adapted to work with, a trigger that has a first trigger tail portion, shown in the red box below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| | <br>Super Safety Guide at 10.<br><br>The Accused Products include a trigger **(Brown)** that has a first trigger tail portion, shown in the red box below.<br> |
| the cam selector being configured to operate between a first mode, a second mode, and a third mode; | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector being configured to operate between a first mode, a second mode, and a third mode.<br><br>The Accused Products include a “cam [that] has three positions, safe, active reset, and passive reset.” In the “passive reset” position, the cam selector is configured to operate in a first mode. In the “active reset” position, the cam selector is configured to operate in a second mode. In the “safe” position, the cam selector is configured to operate in a third mode.<br><br>**1 INTRODUCTION**<br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br><br>Super Safety Guide at 1. |
| wherein the first mode | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector wherein the first mode of the cam |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| of the cam selector is configured to allow the first trigger tail portion to be movable within the first recess, | selector is configured to allow the first trigger tail portion to be movable within the first recess.<br><br>The Accused Products include a cam selector **(Yellow)** that is configured to operate in a first mode: “passive reset” mode. Super Safety Guide at 1. In the first mode, the cam selector is configured to allow the first trigger tail portion to be movable within the first recess. Below, on the left, the cam selector is configured to operate in the first mode and the trigger is in the trigger set position. Below, on the right, the cam selector is configured to operate in the first mode and the trigger is in the trigger released position. In the trigger released position, the first trigger tail portion is movable within the first recess.<br><br><br><br><br>Below, on the left, the cam selector is configured to operate in the first mode and the trigger is in the trigger set position. Below, on the right, the cam selector is configured to operate in the first mode and the trigger is in the trigger released position. In the trigger released position, the first trigger tail portion is movable within the first recess.<br><br> |
| wherein the second mode of the cam selector is configured to allow the | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector wherein the second mode of the cam selector is configured to allow the first trigger tail portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| first trigger tail portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates, | The Accused Products include a cam selector **(Yellow)** that is configured to operate in a second mode: “active reset” mode. mode. Super Safety Guide at 1. In the second mode, the cam selector is aligned with the first trigger tail portion, as shown below.<br><br><br>In the second mode, the cam selector is configured to allow the first trigger tail portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates. Below, on the left, the cam selector is configured to operate in the second mode and the trigger is in the trigger released position. Below, on the right, the cam selector is configured to operate in the second mode and the first trigger tail portion is engaged by the second recess and moved down by a cam portion of the second recess when the cam selector rotates.<br> |
| and wherein the third mode of the cam selector is configured to prevent the trigger | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam selector wherein the third mode of the cam selector is configured to prevent the trigger from being pulled.<br><br>The Accused Products include a cam selector **(Yellow)** that is configured to operate in a third mode: “safe” mode. mode. Super Safety Guide at 1. In the third mode, the cam selector is configured to prevent the trigger from being |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| from being pulled. | pulled. The trigger is not movable and therefore the cam selector prevents the trigger from being pulled, as shown below.<br><br><br><br> |