# EXHIBIT K-14

## ’403 Patent Claim 38 re ARC-Fire

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| 38[pre]: A forced reset trigger mechanism, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are marketed by the manufacturer as the “ARC-Fire” trigger system and are described as having three selector positions, namely “Safe, Semi, and ARC,” in which the “ARC” position provides forced reset semi-automatic operation. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that operates in a standard semi-automatic mode (“Semi”) and a forced reset semi-automatic mode (“ARC”). https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). The Accused Products are designed to be compatible with mil-spec AR-15 fire control groups. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026).<br><br><br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br><br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026) |

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| | When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that uses a bolt means as will be shown below. With the Accused Products installed, the trigger mechanism operates in Safe, Semi, and a forced reset semi-automatic mode “ARC.”<br><br><br>FREE SHIPPING ON ALL ORDERS!<br>AS DESIGNS<br>**BUILT FOR SPEED. DESIGNED FOR CONTROL.**<br>*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)<br>*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.<br>*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.<br>**RELIABLE. TACTILE. RESPONSIVE.**<br>The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.<br>VIKINGCLOUD ASSURANCE CARD<br><br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br>When installed, the Accused Products operate in conjunction with a hammer (shown below in red), a disconnector (shown below in orange), and a trigger member (shown below in brown), as shown below.<br><br> |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| | <br> |
| 38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products are configured for compatibility with mil-spec fire control groups. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). The Accused Products are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hammer hook, as shown below.<br> |

| '403 Patent Claim 38 | ARC-Fire |
|---|---|
| | The hammer (red) is adapted to pivot on a transverse hammer pivot axis, as shown below.<br><br> |
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below.<br><br> |
| 38[C]: a trigger member; and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member.<br><br>The Accused Products are configured for use with a trigger member (shown below in brown), as shown below. |

<table>
<tr><th>’403 Patent Claim 38</th><th>ARC-Fire</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between at least two modes of operation. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). Below, the selector is shown in one mode of operation (standard semi-automatic, “Semi”).<br><br></td></tr>
</table>

<table>
<tr><th>’403 Patent Claim 38</th><th>ARC-Fire</th></tr>
<tr><td></td><td><br><br><br>Below, the selector is shown in another mode of operation (forced reset semi-automatic, “ARC”).<br></td></tr>
</table>

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| | <br><br> |
| 38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows. |

| '403 Patent Claim 38 | ARC-Fire |
|---|---|
| member to then be actuated to fire a firearm. |   During rearward movement of the bolt means, the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.   After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position.   |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| | To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.   |