# EXHIBIT K-21

## ’247 Patent Claim 15 re Kabuto

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| 15: A firearm trigger mechanism comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products comprise a firearm trigger mechanism when assembled and used as intended.<br><br>The Accused Products are described as a “[d]rop-in forced reset trigger” mechanism in public documentation. *See, e.g.*, *Kabuto Drop-In FRT*, TAKEDOWN TOOLS (https://www.artakedowntool.com/products/kabuto-frt-drop-in-ar15); *Kabuto Drop-In FRT*, AMERICA FIRST MARKETPLACE (https://mammothnation.com/products/kabuto-drop-in-frt-ar-15-forced-reset-trigger-gen-3).<br><br>The Kabuto, as sold by Takedown Tools (https://www.artakedowntool.com/products/kabuto-frt-drop-in-ar15).<br><br>The Kabuto (Plaintiffs’ renderings). |

| '247 Patent Claim 15 | Kabuto |
|---|---|
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver, including because at least the Accused Products are designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br><br>The Accused Products (shown below in purple/blue/yellow) are configured to be installed in a fire control mechanism pocket of a receiver (grey) along with a hammer (red) having a sear catch and a hook for engaging a disconnector (orange).<br><br><br><br><br>Below, the trigger member is shown in the trigger released position.<br><br><br> |

<table>
<tr>
<td>to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier,</td>
<td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer which pivots on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier.<br><br>The hammer (red) is shown below in the hammer set position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.<br><br>
<br><br>Below, the hammer (red) is shown in the hammer released position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.<br><br>
<br><br>As shown below, the hammer is pivoted rearward by the rearward movement of a bolt carrier.</td>
</tr>
</table>

<table>
<tr><th>’247 Patent Claim 15</th><th>Kabuto</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>The Accused Products (purple/blue/yellow) are configured for use with a trigger member (brown), shown in the set position, adapted to be mounted in the fire control mechanism pocket (grey). The forward face of the trigger member comprises a sear. The trigger member pivots on a transverse trigger member pivot axis between a trigger set position (top) and a trigger released position (bottom).<br><br>
</td></tr>
</table>

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| |  |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger comprising a sear and hammer comprising a sear catch wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger set position, and the hammer is in the hammer set position, the trigger’s sear and the hammer’s sear catch are engaged.<br><br> |

<table>
<tr><th>’247 Patent Claim 15</th><th>Kabuto</th></tr>
<tr><td>and are out of engagement in said released positions of said hammer and trigger member,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger and hammer wherein said sear and sear catch are out of engagement in said released positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger released position, and the hammer is in the hammer released position, the trigger’s sear and the hammer’s sear catch are out of engagement.<br><br><br></td></tr>
<tr><td>said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer (red).<br><br><br></td></tr>
</table>

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| and a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket.<br><br>The Accused Products include a cam (yellow) having a cam lobe as shown below.<br><br><br><br><br>The cam (yellow) is adapted to be movably mounted in a fire control mechanism pocket. For example, below, the cam is shown on the left, shifted relatively forward; and on the right, shifted relatively backward.<br><br> |

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position.<br><br>The cam (shown below in yellow) is movable between a first position (below, left) and a second position (below, right).<br><br><br><br>When the cam (yellow) is in the second position, rearward cycling of the bolt carrier causes the cam to force the trigger member (brown) towards said trigger set position as it is rotated. In the image below, cycling of the bolt carrier rotates the cam, causing the cam to push downward, forcing the trigger member to rotate toward the trigger set position.<br><br><br> |

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| whereupon in a standard semi-automatic mode, said cam is in said first position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam whereupon in a standard semi-automatic mode, said cam is in said first position.<br><br>As shown below, when set to standard semi-automatic mode and before the bolt carrier has begun its rearward movement, the cam (yellow) is in the first position.<br><br> |
| rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer whereupon in a standard semi-automatic mode, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook.<br><br>During the rearward movement of the bolt carrier (grey), the hammer (red) is pivoted rearward to a position such that it will be caught by the disconnector hook (orange).<br><br> |

| '247 Patent Claim 15 | Kabuto |
|---|---|
| and thereafter the bolt carrier moves forward into battery, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a fire control group whereupon after rearward movement of the bolt carrier, the bolt carrier moves forward into battery.<br><br>After the rearward movement of the bolt carrier (grey) causes rearward pivoting of the hammer (red), the bolt carrier moves forward into battery.<br><br> |
| at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a fire control group whereupon, in a standard semi-automatic mode, after the bolt carrier group moves forward into battery, a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm.<br><br>When the bolt carrier moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing it from pivoting forward to the hammer released position.<br><br> |

<table>
<tr><th>’247 Patent Claim 15</th><th>Kabuto</th></tr>
<tr><td></td><td>To disengage the hammer (red) from the disconnector (orange), a user must manually release rearward pressure on said trigger member. In doing so, the hammer and trigger member are permitted to pivot to said hammer set position and trigger set positions so that the user can pull said trigger member to fire the firearm, as shown below.<br><br></td></tr>
<tr><td>whereupon in a forced reset semi-automatic mode,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured to be set to forced reset semi-automatic mode.<br><br>As shown below, when set to forced reset semi-automatic mode and before the bolt carrier has begun its rearward movement, the cam (yellow) is in the first position.<br></td></tr>
</table>

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam, which when in forced reset semi-automatic mode and said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook.<br><br>During the rearward movement of the bolt carrier (grey), the cam (yellow) is pivoted from said first position (left) to said second position (right).<br><br><br><br>In that position, rearward movement of the bolt carrier (grey) causes rearward pivoting of the hammer (red), as shown below. In forced reset semi-automatic mode, the disconnector hook (orange) is prevented from catching said hammer hook, as shown below, because the cam lobe has forced the trigger member (brown) and disconnector (orange) to pivot backwards about the pivot axis.<br><br> |

| ’247 Patent Claim 15 | Kabuto |
|---|---|
| and thereafter the bolt carrier moves forward into battery, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that the bolt carrier moves forward into battery.<br><br>When the Accused Products are set to forced reset semi-automatic mode, after the bolt carrier (grey) moves rearward, the bolt carrier moves forward into battery.<br><br><br> |
| at which time the user can pull said trigger member to fire the firearm. | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that the user can pull said trigger member to fire the firearm.<br><br>When the Accused Products are set to forced reset semi-automatic mode, when the bolt carrier (grey) has moved forward into battery, the cam (yellow) is moved upward, disengaging the cam lobe from the trigger member (brown). At this time, the user can pull said trigger member to fire the firearm.<br><br><br> |