# EXHIBIT K-22

## ’784 Patent Claim 1 re Kabuto

| ’784 Patent Claim 1 | Kabuto |
|---|---|
| 1. In a forced rest trigger mechanism, an extended trigger member locking device, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products include an extended trigger member locking device configured for use in a forced reset trigger mechanism when assembled and used as intended.<br><br>The Accused Products are described as a “[d]rop-in forced reset trigger” mechanism in public documentation. *See, e.g.*, *Kabuto Drop-In FRT*, TAKEDOWN TOOLS (https://www.artakedowntool.com/products/kabuto-frt-drop-in-ar15); *Kabuto Drop-In FRT*, AMERICA FIRST MARKETPLACE (https://mammothnation.com/products/kabuto-drop-in-frt-ar-15-forced-reset-trigger-gen-3).<br><br>The Kabuto, as sold by Takedown Tools (https://www.artakedowntool.com/products/kabuto-frt-drop-in-ar15).<br><br>The Kabuto (Plaintiffs’ renderings). |

<table>
<tr><th>’784 Patent Claim 1</th><th>Kabuto</th></tr>
<tr><td>a locking member that is movable between a first position in which it locks a trigger member against pulling movement</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is movable between a first position in which it locks a trigger member against pulling movement.<br><br>As shown below, the Accused Products include a locking member. The locking member is movable between, among others, two positions: a first position in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the first position, the locking member locks a trigger member against pulling movement.<br><br></td></tr>
</table>

| ’784 Patent Claim 1 | Kabuto |
| --- | --- |
| and a second position where it does not restrict movement of the trigger member, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is movable between a second position where it does not restrict movement of the trigger member.<br><br>The Accused Products include a locking member. The locking member is movable between, among others, two positions: a first position in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the second position, the locking member does not contact or otherwise restrict the movement of the trigger member.<br> |

<table>
<tr><th>’784 Patent Claim 1</th><th>Kabuto</th></tr>
<tr><td>the locking member configured to be movably supported by a frame</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member configured to be movably supported by a frame.<br><br>As shown below, the Accused Products include a locking member (blue/yellow) pivotally fixed about an axis supported by the frame (purple).<br><br><br><br><br>As shown below, the Accused Products include a locking member (blue/yellow/purple) supported by the frame (grey).<br><br></td></tr>
</table>

| ’784 Patent Claim 1 | Kabuto |
| --- | --- |
| and including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier.<br><br>The Accused Products include a locking member which comprises two portions: a generally upward extension portion (yellow) and a body portion (blue). The generally upward extension portion (yellow) is configured to make actuating contact with a surface of a bolt carrier (grey), as shown below.<br><br> |
| such actuating contact causing the locking member to move from the first position to the second position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that includes a generally upward extension portion that makes actuating contact with the bolt carrier such that said actuating contact causes the locking member to move from the first position to the second position.<br><br>The Accused Products include a locking member (blue/yellow) that includes a generally upward extension portion (yellow). As discussed and shown above, the generally upward extension portion (yellow) makes actuating contact with the bolt carrier (grey). As shown below, the actuating contact causes the locking member to move from the first position (left) to the second position (right). Below, on the left, the locking member is in the first position, in which it locks a trigger member against pulling movement. Below, on the right, the locking member has been actuated by contact from the bolt carrier into the second position, where it does not restrict movement of the trigger member. |

| ’784 Patent Claim 1 | Kabuto |
|---|---|
| |  |
| the locking member having a body portion that is movably supported | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member having a body portion that is movably supported.<br><br>The Accused Products include a locking member which comprises two portions: a generally upward extension portion (yellow) and a body portion (blue), as shown below.<br><br><br><br>The body portion (blue) is axially supported by the frame (purple).<br><br><br><br>The body portion (blue) is axially supported by the lower receiver (grey). |

| ’784 Patent Claim 1 | Kabuto |
|---|---|
| |  |
| and an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position. | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member having an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position.<br><br>As shown below, the Accused Products include a locking member comprising an upwardly extending deflectable portion (yellow) and a body portion (blue).<br><br><br><br>The Accused Products have an upwardly extending deflectable portion, a lever arm. The axial connection is designed to allow separate movement of the lever arm (green/red) relative to the body portion (blue) between a position where it is relatively extended (depicted in green) and another position where it is relatively deflected (depicted in red) |

<table>
<tr><th>’784 Patent Claim 1</th><th>Kabuto</th></tr>
<tr><td></td><td><br>The axial connection is designed to allow separate movement of the lever arm (yellow) relative to the body portion (blue) between a position where it is relatively deflected (left) and another position where it is relatively extended (right) according to the lever arm’s actuating contact with the bolt carrier.<br><br><br>The body portion contains a slot designed to allow separate movement of the lever arm relative to the body portion.<br><br></td></tr>
</table>